**STATE of Missouri, Respondent,**

v.

**Charles TINER, Appellant.**

**No. ED 78383.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 4, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 31, 2001.

Application for Transfer Denied
Dec. 18, 2001.

Henry B. Robertson, St. Louis, MO, for
appellant.

Robert P. McCulloch, Pros. Atty., Carolyn C. Woods, Asst. Pros. Atty., Clayton,
MO, for respondent.

Before SHERRI B. SULLIVAN, P.J.,
LAWRENCE G. CRAHAN, and
LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

Charles W. Tiner ("Defendant") appeals
his conviction of assault in the third degree. Defendant argues that the trial
court erred by proceeding to a bench trial
of this misdemeanor case because Defendant did not knowingly, voluntarily and
intelligently waive his constitutional and
statutory right to jury trial. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no
error of law. An extended opinion would
have no precedential value. We have,
however, provided the parties with a brief
memorandum, for their use only, setting
forth the reasons for our decision. The
judgment is affirmed pursuant to Rule
30.25(b).